A. David Youssefyeh (185994)
   david@adylaw.com
ADY LAW GROUP, P.C.
1925 Century Park East, Suite 220
Los Angeles, California  90067
Tel:    (310) 772-2872

Rob D. Cucher (219726)
   cucherlaw@msn.com
CUCHER LAW, P.C.
9454 Wilshire Blvd Ste 600
Beverly Hills, CA 90212
Tel:    (310) 795-5356

Attorneys for Plaintiff,
MEGAPHOTON, INC.

Brian M. Davis (241984)
   bdavis@ForwardCounsel.com
Andrew R. Nelson (214895)
   anelson@forwardcounsel.com
FORWARD COUNSEL, LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, California 92660
Telephone: (949) 258-9359

Attorneys for Defendants,
VISIONTECH GROUP, INC.
HYDROMAN, INC. and  NATURE'S MIRACLE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAPHOTON, INC., a Chinese corporation<br><br>        Plaintiff,<br><br>        vs.<br><br>VISIONTECH GROUP, INC., a California Corporation; HYDROMAN, INC., a California Corporation; NATURE'S MIRACLE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive | Case No.  5:24-cv-01181-AH-(DTBx)<br><br>Assigned: Hon. Anne Hwang<br><br>**NOTICE OF ERRATA RE PLAINTIFF AND DEFENDANTS' JOINT POINTS AND AUTHORITIES IN SUPPORT OF AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ITS FIRST, SECOND, FIFTH AND SIXTH CAUSES OF ACTION** |

Defendants.

**Hearing**
**Date:** August 13, 2025
**Time:** 1:30 pm
**Location:** Courtroom 7D

To All Parties And Their Attorneys of Record:

Please take notice that the Joint Memorandum of Points and Authorities in Support of, and in Opposition to, Plaintiff's Motion for Summary Adjudication of its First, Second, Fifth and Sixth Causes of Action submitted to the Court previously was missing a Table of Contents and a Table of Authorities. Attached hereto as Exhibit A is a copy of the brief with both a Table of Contents and a Table of Authorities.

Dated:  July 10, 2025                                   ADY LAW GROUP, PC

                                                        By:   *A. David Youssefyeh*
                                                        A. David Youssefyeh

                                                        Attorneys for Plaintiff,
                                                        MEGAPHOTON, INC.

Dated: July 10, 2025                                    CUCHER LAW, P.C.

                                                        By:   *Rob D. Cucher*
                                                        Rob D. Cucher

                                                        Attorneys for Plaintiff,
                                                        MEGAPHOTON, INC.

NOTICE OF ERRATA PLAINTIFF AND DEFENDANTS' JOINT BRIEF

Dated: July 10, 2025

FORWARD COUNSEL, LLC

By:___*Brian M. Davis*_____

Brian M. Davis

Attorneys for Defendants,
VISIONTECH GROUP, INC.
HYDROMAN, INC. and
NATURE'S MIRACLE, INC.

NOTICE OF ERRATA PLAINTIFF AND DEFENDANTS' JOINT BRIEF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **Exhibit A**

NOTICE OF ERRATA PLAINTIFF AND DEFENDANTS' JOINT BRIEF

## <u>CERTIFICATION OF SIGNATURES AND APPROVAL</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Rob Cucher, counsel for Plaintiff herein, and Brian Davis, counsel for Defendants herein, on whose behalf the joint filing is submitted, concur in the content of this joint filing and have authorized the joint filing.

Date: July 10, 2025

By:   _A. David Youssefyeh_____
A. David Youssefyeh
Attorneys for Plaintiff,
MEGAPHOTON, INC.

NOTICE OF ERRATA PLAINTIFF AND DEFENDANTS' JOINT BRIEF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

Date: July 10, 2025                                      By:    *A. David Youssefyeh*
                                                                    A. David Youssefyeh

NOTICE OF ERRATA PLAINTIFF AND DEFENDANTS' JOINT BRIEF