UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 5:24-cv-01181-AH-(DTBx) | Date February 5, 2026 |
| Title *Megaphoton, Inc. v. Visiontech Group, Inc. et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS**

On October 2, 2025, the Court notified the parties that they missed their trial filing deadlines. Dkt. No. 55. On October 7, 2025, the Court continued the trial and trial-related dates. Dkt. No. 57. On December 9, 2025, the Court notified the parties that they missed the new trial filing deadlines. Dkt. No. 58. On December 16, 2025, the Court again continued the trial and trial-related dates. Dkt. No. 60. The parties have again missed a trial filing deadline, having failed to file any first-round trial documents due February 4, 2026. *See id.*

Accordingly, the parties are **ORDERED** to show cause, in writing, by February 10, 2026, why the Court should not impose sanctions in the amount of $2,500.00 against lead counsel for each of the parties and dismiss this action for their repeated failure to comply with the Court's Orders and lack of prosecution. The parties are ordered to appear in-person for a hearing on the Order to Show Cause on **February 12, 2026 at 10:00 a.m.** Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

**IT IS SO ORDERED.**