A. David Youssefyeh (185994)
   david@adylaw.com
ADY LAW GROUP, P.C.
1925 Century Park East, Suite 220
Los Angeles, California  90067
Tel:   (310) 772-2872

Rob D. Cucher (219726)
   cucherlaw@msn.com
CUCHER LAW, P.C.
9454 Wilshire Blvd Ste 600
Beverly Hills, CA 90212
Tel:   (310) 795-5356

Attorneys for Plaintiff,
MEGAPHOTON, INC.

Brian M. Davis (241984)
   bdavis@ForwardCounsel.com
Andrew R. Nelson (214895)
   anelson@forwardcounsel.com
FORWARD COUNSEL, LLP
4340 Von Karman Avenue, Suite 380
Newport Beach, California 92660
Telephone: (949) 258-9359

Attorneys for Defendants,
VISIONTECH GROUP, INC.
HYDROMAN, INC. and  NATURE'S MIRACLE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAPHOTON, INC., a Chinese corporation<br><br>Plaintiff,<br><br>vs.<br><br>VISIONTECH GROUP, INC., a California Corporation; HYDROMAN, INC., a California Corporation; NATURE'S MIRACLE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive | Case No.  5:24-cv-01181-AH-(DTBx)<br><br>Assigned: Hon. Anne Hwang<br><br>**NOTICE OF SETTLEMENT** |

Defendants.

Plaintiff and Defendants, through their counsel, hereby notify the Court that the parties have reached a settlement in this matter. The parties request that the Court dismiss the matter immediate but retain jurisdiction to enforce the terms of the settlement agreement.

Dated: February 12, 2026                ADY LAW GROUP, PC

By: *A. David Youssefyeh*
A. David Youssefyeh

Attorneys for Plaintiff,
MEGAPHOTON, INC.

Dated: February 12, 2026                CUCHER LAW, P.C.

By: *Rob D. Cucher*
Rob D. Cucher

Attorneys for Plaintiff,
MEGAPHOTON, INC.

Dated: February 12, 2026                FORWARD COUNSEL, LLC


By: *Brian M. Davis*
Brian M. Davis

Attorneys for Defendants,

VISIONTECH GROUP, INC.
HYDROMAN, INC. and
NATURE'S MIRACLE, INC.

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: February 12, 2026                    By:   *A. David Youssefyeh*
                                                          A. David Youssefyeh

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

Date: February 12, 2026                           By:   *A. David Youssefyeh*
                                                              A. David Youssefyeh